UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C LEWIS,<br><br>        Plaintiff,<br><br>  v.<br><br>ARY SWIEGHEIT et al,<br><br>        Defendant. | Case Number: CV07-05614 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Ceaser Lewis
V-95299
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Dated: February 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk