IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS, | No. C 07-5614 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARY SWIEGHIET; DANA C. CORNILIOUS; JUDITH MEDRANO; and TIMOTHY P. ROBERTS, | |
| Defendants. | |

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: February   25  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\LEWIS5614.JUD.wpd